IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH CURIALE,<br><br>                Plaintiff,<br><br>   vs.<br><br>CAPTAIN CASANOVAS of the Alaska State Troopers, and SARAH PALIN, Governor of Alaska,<br><br>                Defendants. | Case No. 3:08-MC-00002 (JKS)<br><br>O R D E R |

      Joseph Curiale is a frequent litigator in this Court. *See Curiale v. Knowles*, No. 3:98-cv-0269 (D. Alaska); *Curiale v. Mayor of Anchorage*, No. 3:97-cv-0046 (D. Alaska); *Curiale v. Knowles*, 3:96-cv-0094 (D. Alaska); *Curiale v. State of Alaska*, No. 1:94-cv-0583 (D. Alaska); *Curiale v. Burton*, No. 3:93-cv-0218 (D. Alaska). In February of 1997, this Court ordered Curiale to not file another civil rights action without first obtaining the Court's permission. *Curiale v. Mayor of Anchorage*, No. 3:97-cv-0046 (D. Alaska). Curiale was instructed that to obtain approval to file a complaint, he must set out facts which would support an inference of a civil rights violation. *Id*.

      Curiale, proceeding pro se, has filed a motion seeking the Court's approval to file a new complaint against Captain Casanovas of the Alaska State Troopers and Governor Sarah Palin under 42 U.S.C. §§ 1983, 1985. The proposed complaint and request for appointment of counsel are attached to the motion. In the Complaint, Curiale alleges that Defendants have violated his right to be free from cruel and unusual punishment. The statement of facts supporting the complaint alleges generally that Defendants promote and protect corruption, and that on one occasion a State Trooper

1

"threatened" Curiale's freedom while Curiale attempted to protect himself from some unspecified corruption. These sweeping and conclusory allegations of corruption do not constitute facts which might support an inference of a civil rights violation.

**IT IS THEREFORE ORDERED**:

Plaintiff's motion seeking approval to file his complaint is **DENIED**. Plaintiff's case is **DISMISSED**. The Clerk shall close this case.

Dated this 4th day of January 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge
